**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD E. DAWSON, | ) | CASE NO. SA CV 07-00435 AHS (RZ) |
| Petitioner, | ) ) ) | JUDGMENT |
| vs. | ) ) | |
| JOHN MARSHALL, WARDEN, | ) ) | |
| Respondent. | ) ) | |

This matter came before the Court on the Petition of DONALD E. DAWSON, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: October 14, 2008

ALICEMARIE H. STOTLER

_____
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE